UNITED STATES DISTRICT COURT
FOR THE
SOUTHREN DISTRICT OF INDIANA

MICHAEL SANDERS 19784-076
MANCHESTER FEDERAL CORRECTIONAL INSTITUTION
P.O BOX 4000 MANCHESTER, KY 40962
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

3:19-cv-84-RLY-MPB

vs.

INDIANA STATE POLICE
VANDERBURG SHERIFF DEPARTMENT
EVANSVILLE POLICE DEPARMENT
(Enter above the full name of the defendant
or defendants in this action.)

FOR PRIMISES AT
521 S.EVANS AVE
EVANSVILLE, IN 47713

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (x)
   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
   Plaintiffs: _____

   Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____
   3. Docket Number: _____
   4. Name of judge to whom case was assigned: _____
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   6. Approximate date of filing lawsuit: _____
   7. Approximate date of disposition: _____

II. Place of Present Confinement: MANCHESTER FEDERAL CORRECTIONAL INSTITUTION
   A. Is there a prisoner grievance procedure in the institution?
   Yes (✓) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ) No (✓)
   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____
   D. If your answer is No, explain why not: THIS ISSUE IS NOT WITH THE BOP

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff  MICHAEL SANDERS
      Address  FCI MANCHESTER PO BOX 4000 MANCHESTER, KY 40962

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant ~~[illegible]~~ _____ is employed as
      at _____

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   On June 6, 2018, the above named Law enforcemet agentcies, served a search warrant at 521 S Evans Ave in Evansville, IN 47713, in which the following Items was taken from the premisis. 5 laptop computers 7 cell phones 4 jprinters, software C.D's Software, books hardrives, and other personal Items. I was not served with any forfeitture notice. Nor was I given any copy of the contents taken from my house. These law enforcement agentcies did not have probable cause to beleive that a crime was taking place or had taken place at the listed address.

   -2-

V.   Relief
     State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That all items taken from 521 S evans ave be returned to Lynoya Smith Phone#606-391-8526 Adress. 521 s evans Ave Evansvilee In 47713

VI.  Jury Demand
     I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this _18_ day of _APRiAL_, 20_19_.

_Michael Sander_ (signature)

(Signature of Plaintiff/Plaintiffs)